Gilbert R. **WILBURN, Plaintiff and Petitioner,**

v.

**INTERSTATE ELECTRIC, National Union Fire Insurance Company of Pittsburgh, Second Injury Fund and Utah State Industrial Commission, Defendants and Respondents.**

No. 880086.

Supreme Court of Utah.

May 23, 1989.

Michael E. Dyer, Lloyd A. Hardcastle, Salt Lake City, for Gilbert R. Wilburn.

Stuart L. Poelman, Larry R. Laycock, Salt Lake City, for Interstate Elec. and Nat. Union Fire Ins. Co.

Erie V. Boorman, Salt Lake City, for Second Injury Fund.

HALL, Chief Justice:

The petition for certiorari is hereby dismissed, the same having been improvidently granted.

DURHAM and ZIMMERMAN, JJ., and GREENWOOD, Court of Appeals Judge, concur.

HOWE, Associate Chief Justice (dissenting):

I dissent. I do not join in dismissing the writ of certiorari. No valid reason exists for doing so, and the majority expresses none. In *Israel Pagan Estate v. Capitol Thrift and Loan,* 771 P.2d 1032, 1033, 104 Utah Adv.Rep. 3, 3–4 (Utah 1989) (Howe, Associate C.J., dissenting), I set out the conditions under which the United States Supreme Court dismisses writs of certiorari as having been improvidently granted and

suggested that we follow its practice. None of those conditions exist here, and I decry the wasteful use of time and money of the parties, their lawyers and this Court which dismissal promotes. I refer the reader to that opinion for a full expression of my views on this practice.

STEWART, J., does not participate herein; GREENWOOD, Court of Appeals Judge, sat.